JURASSIC STONE COMPANY,
Appellant,

v.

SOLNHOFEN NATURAL STONE,
INC., Appellee.

No. 00–1329.

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2001.

ORDER

The Judgment of the Court entered on February 8, 2001, affirming this matter without opinion pursuant to Fed. Cir. R. 36, was issued in error and is hereby recalled.